```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

HAROLD CANNON,                    )
                                  )  Civil Action
            Plaintiff             )  No. 06-cv-5505
                                  )
      vs.                         )
                                  )
JACK BAIRD;                       )
STEVE BROWN;                      )
JOHN DOE;                         )
EDWARD RENDELL; and               )
JOHN STREET,                      )
                                  )
            Defendants            )
```

O R D E R

NOW, this 26th day of September, 2008, upon consideration of Defendant John Street's Motion to Dismiss filed December 17, 2007; upon consideration of the Motion of Plaintiff Harold Cannon in Opposition of Defendant's John Street to Dismiss Complaint [*sic*], which opposition was filed January 7, 2008; upon consideration of Defendant Edward Rendell's Motion to Dismiss[1], filed April 16, 2008; upon consideration of the briefs of the parties; and for the reasons articulated in the accompanying Opinion,

IT IS ORDERED that Defendant John Street's Motion to Dismiss and Defendant Edward Rendell's Motion to Dismiss are each granted.

---

[1] Defendant Edward Rendell's Motion to Dismiss completely incorporates the legal arguments of Defendant John Street's Motion to Dismiss. Although defendant Rendell's motion is unopposed, I reach my conclusion on the merits collectively with defendant Street's motion because the legal arguments are identical.

IT IS FURTHER ORDERED that all federal claims against defendants Street and Rendell pursuant to 42 U.S.C. §§ 1981, 1983, 1985(3) and 1986 are dismissed from plaintiff's complaint.

IT IS FURTHER ORDERED that all state tort claims against defendants Street and Rendell are dismissed from plaintiff's complaint without prejudice to re-assert such claims in a proper state forum.

IT IS FURTHER ORDERED that defendants John Street and Edward Rendell are each dismissed as parties to this action, and the Clerk of Court shall mark the docket accordingly.

BY THE COURT:


/s/ James Knoll Gardner
James Knoll Gardner
United States District Judge